

# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2021

No. 04-21-00184-CV

**IN THE INTEREST OF A.N., ET AL., CHILDREN**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01795
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Kristin M. Anderson's request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on or before **May 27, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of May, 2021.



_____
Michael A. Cruz,
Clerk of Court